IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | No. 2:19-CV-2322-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's motion for an extension of time to file a traverse. See ECF No. 13. Petitioner's motion is denied because his traverse is not yet due and would only be due upon the filing of an answer which has not occurred.

IT IS SO ORDERED.

Dated: April 1, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1